IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COUNTRY MUTUAL INSURANCE COMPANY,

    Plaintiff,

vs.

ELECTROLUX HOME PRODUCTS, INC.,

    Defendant.

Case No. 13-cv-849-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Electrolux Home Products, Inc.'s motion to dismiss (Doc. 15). Plaintiff Country Mutual Insurance Company's ("Country Mutual") response was due on November 15, 2013. To date the Court has not received Country Mutual's response. Pursuant to Local Rule 7.1(c), the Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** Country Mutual to **SHOW CAUSE** on or before December 2, 2013, why the Court should not construe its failure to timely respond to the motion to dismiss as an admission of the merits of the motion.

**IT IS SO ORDERED.**

**DATED:** November 20, 2013

                                            <u>s/ J. Phil Gilbert</u>
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**